MONTALVO, PLAINTIFF AND APPELLANT, *v.* AMERICAN RAILROAD Co., DEFENDANT AND APPELLEE.

APPEAL from the District Court of Mayagüez in an Action for Damages.

No. 2059.—Decided December 23, 1919.

EVIDENCE—CONFLICTING EVIDENCE.—If the witnesses contradict each other the

evidence is conflicting although all of the witnesses for one of the parties may be his employees.

The facts are stated in the opinion.

Mr. M. del Toro Colberg for the appellant.

Mr. F. G. Pérez Almiroty for the appellee.

MR. JUSTICE WOLF delivered the opinion of the court.

The complaint set up in substance that certain employees of the complainant were conducting cattle and carts from one spot to another and that while, in the performance of this work, they were crossing a grade between two points named in the complaint a locomotive and train of the defendant, going at great speed and without ringing a bell or blowing a whistle and without lights of any kind, at the spot in question struck all or various of the cattle, killing some and rendering the others useless.

The defendant set up several defences and the court found in substance that credit should be given to the witness of the defence and that it was shown by a preponderance of the evidence that the locomotive had a headlight of great power which was lighted at the time of the accident; that the train came along blowing a whistle and was being run by expert and diligent employees, and that if the animals were killed at the time and place mentioned in the complaint, such an accident was due to the negligence of complainant's employees who permitted the animals to wander a long way off from themselves.

The appellant insists that there was no conflict in the proof and the weight thereof was in favor of the complainant. There was a clear conflict, however, between the two sets of witnesses as to whether the engine bore a light, as to the blowing of a whistle and the ringing of a bell; that the employees of the defendant were careful; that the employees of the complainant were not; and perhaps other matters. It makes no difference, as appellee points out, that the witnesses of the defendant were its employees. A great part of the essential contradiction was produced by the em-

ployees of the complainant. For these and other reasons there is nothing that the record discloses to make us have any doubt of the correctness of the court's finding and the judgment must be

*Affirmed.*

Chief Justice Hernández and Justices del Toro, Aldrey and Hutchison concurred.